■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KERRI WATTS, Appellant. [933 NYS2d 612]—

Under the circumstances of this case, the defendant's waiver of the right to appeal does not foreclose her right to challenge the sentence ultimately imposed (*see People v Banchs*, 22 AD3d 595 [2005]; *People v Eldridge*, 8 AD3d 294, 295 [2004]). Nevertheless, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Prudenti, P.J., Balkin, Hall and Roman, JJ., concur.